■ In the Matter of Estate of VIRGINIA ANCONA, Deceased. JOSEPH ANCONA et al., Appellants; STEVEN ANCONA et al., Respondents. [792 NYS2d 877]—In a contested proceeding to vacate a decree dated April 2, 2001, admitting the decedent's will to probate, Joseph Ancona and Mary Guadagno appeal from an order of the Surrogate's Court, Suffolk County (Czygier, S.), entered June 13, 2003, which denied a motion by Raymond E. Krek to appear on their behalf pro hac vice as co-counsel to their attorney of record.

Ordered that the order is affirmed, with costs payable by the petitioners personally.

The question of whether an out-of-state attorney should be admitted pro hac vice to participate in a particular matter is best left to the discretion of the trial court (*see Neal v Ecolab, Inc.,* 252 AD2d 716 [1998]). Further, there were procedural defects in the motion for leave to appear pro hac vice (*see* 22 NYCRR 520.11 [d] [1]). Schmidt, J.P., S. Miller, Ritter and Goldstein, JJ., concur.

■ In the Matter of Estate of VIRGINIA ANCONA, Deceased. JOSEPH ANCONA et al., Appellants; STEVEN ANCONA et al., Respondents. [792 NYS2d 876]—In a contested proceeding to vacate a decree dated April 2, 2001, admitting the decedent's will to probate, Joseph Ancona and Mary Guadagno appeal from an order of the Surrogate's Court, Suffolk County (Czygier, S.), entered December 19, 2003, which granted the motion of Steven Ancona and Josephine Navarra for summary judgment.

Ordered that the order is affirmed, with costs payable by the petitioners personally.

The appellants' allegations were insufficient to set aside the waivers of citation and consent to probate executed by them (*see Matter of Frutiger,* 29 NY2d 143; *Matter of Hall,* 185 AD2d 322 [1992]; *Matter of Leeper,* 53 AD2d 1054 [1976]). Schmidt, J.P., S. Miller, Ritter and Goldstein, JJ., concur.